IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**VERSIAH MANGEL TAYLOR,**

    **Plaintiff,**

v.                          **CASE NO. 5:14-cv-96-RS-GRJ**

**CHRISTOPHER PEKEROL, et al.,**

    **Defendants.**

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 6), and the Plaintiff's Response and Objection (Doc. 7). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. The Clerk is directed to close this case.

**ORDERED** on May 14, 2014.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**